NO. 07-08-0173-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 14, 2008

_____

NATALIE GARCIA, APPELLANT

v.

THE STATE OF TEXAS, APPELLEE

_____

FROM THE COUNTY COURT AT LAW OF LUBBOCK COUNTY;

NO. 2007-444,591; HON. DRUE FARMER, PRESIDING

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

ON APPELLANT'S MOTION TO DISMISS

Before the Court is appellant's motion to dismiss this appeal pursuant to rule 42.2 of the Texas Rules of Appellate Procedure. Rule 42.2 states that at any time before the appellate court's decision, the appellate court may dismiss an appeal upon the appellant's motion. TEX. R. APP. P. 42.2(a). The appellant and her attorney must sign the written motion to dismiss. Id.

All of the requirements of rule 42.2(a) have been satisfied. The Court has considered appellant's motion and concludes the motion should be granted and the appeal dismissed.

Therefore, we dismiss the appeal. Having disposed of this appeal at appellant's request, we will not entertain a motion for rehearing and our mandate shall issue forthwith.

Mackey K. Hancock
Justice

Do not publish.